**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

KHALIL HAMMOND,                              :
    Plaintiff,                               :
                                             :
    v.                                       :    No. 2:24-cv-5526
                                             :
DR. LAUREL R. HARRY, *et al.*,               :
    Defendants.                              :

**O R D E R**

**AND NOW**, this 15th day of July, 2026, upon consideration of Defendants Dr. Laurel R. Harry, George M. Little, and Ulli Klemm's Motion to Dismiss, ECF No. 39, and Plaintiff Khalil Hammond's Responses thereto, ECF Nos. 45, 46, it is **ORDERED** that:

1.    For the reasons stated in the Court's accompanying Memorandum and in the Opinion and Order dated January 31, 2025, ECF Nos. 9-10, dismissing certain claims without prejudice and letting certain claims proceed, the Motion, ECF No. 39, is **GRANTED IN PART**.

    a.    Hammond's RLUIPA claim for injunctive relief and his claim for compensatory damages for his First Amendment free exercise and retaliation claims are **DISMISSED**.

2.    The First Amendment free exercise claims concerning religious meals governed by the Harry Memo and First Amendment retaliation claims arising from the implementation of the Harry Memo are **DISMISSED with prejudice**.

3.    The remaining state law claims in Counts IX, X, and XI, concerning the failure to pay interest on funds held in Hammond's inmate trust account, are **DISMISSED with prejudice**.

4.    Defendants **SHALL** file an Answer to Hammond's First Amendment free exercise and retaliation claims **within fourteen (14) days of the date of this Order**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

1
071526